IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| iFREEDOM DIRECT CORPORATION fka New Freedom Mortgage Corp., <br><br> Plaintiff, <br><br> vs. <br><br> LEHMAN BROTHERS HOLDINGS, INC., <br><br> Defendant. | MEMORANDUM DECISION AND ORDER <br><br> Case No. 2:15-cv-00868-TC <br><br> Judge Tena Campbell |

On July 17, 2017, iFreedom Direct Corporation (iFreedom) filed a motion asking the court to make corrections to its order (Order) dismissing iFreedom's complaint. iFreedom filed its motion under Rule 60(a) and Rule 60(b)(1) of the Federal Rules. Lehman Brothers Holdings, Inc. (LBHI), responded that the court need not make any corrections to its order.

After reviewing the briefing and the Order, the court GRANTS in part and DENIES in part iFreedom's motion. None of the errors alleged by iFreedom are

substantive. None the alleged errors affect the court's reasoning or conclusions. For these reasons, the court will not reconsider the Order under Rule 60(b)(1) of the Federal Rules. Nevertheless, for purposes of clarity and accuracy, the court will file an amended order under Rule 60(a) of the Federal Rules, correcting some of the alleged clerical errors raised in iFreedom's motion.

DATED this 24th day of August, 2017.

BY THE COURT:

TENA CAMPBELL
U.S. District Court Judge